

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-13-00757-CV

Michael **TATSCH**,
Appellant

v.

**CHRYSLER GROUP, LLC** and Infinity County Mutual Insurance Company,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellees' Chrysler Group LLC's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court